UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CROP PRODUCTION SERVICES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:15-CV-3 |
| | § | |
| BEE AGRICULTURAL COMPANY, | § | |
| | § | |
| Defendant. | § | |

## DEFAULT JUDGMENT

On this day, the Court considered Crop Production Services, Inc.'s ("Plaintiff") Motion for Default Judgment (D.E. 10) against Defendant Bee Agricultural Company ("Defendant") in the above-entitled and numbered cause pursuant to Federal Rule of Civil Procedure 55.

The Court determines that it has jurisdiction over the subject matter and the parties to the proceeding. Defendant, although having been duly and legally cited to appear and answer, failed to appear and answer, and wholly made default. The clerk's default of Defendant was entered on March 5, 2015 (D.E. 9). The Court finds that Plaintiff's Original Complaint ("Complaint") (D.E. 1) and summons (D.E. 5) were served on Defendant according to law. The Court has read the pleadings and the papers on file and is of the opinion that the allegations in the Complaint have been admitted, the claims are liquidated, and damages can be accurately calculated from the factual allegations in the Complaint and the written instruments attached to the Complaint. It is, therefore,

**ORDERED** that Plaintiff recover judgment against Defendant in the amount of $59,154.85, plus total accrued interest of $8,934.94 (calculated as follows: $6,192.96 in accrued pre-judgment interest and late charges at the rate of 18% on amounts owing for the period from the date the account became past due to and including December 1, 2014; plus accrued pre-judgment interest at the rate of eighteen percent (18%) simple interest per annum in the amount of $2,741.98 from and including December 2, 2014, to and including March 5, 2015), and post-judgment interest at the prevailing rate compounded annually for the period from the date judgment is rendered to the date the judgment is satisfied pursuant to 28 U.S.C. 1961.  It is further

**ORDERED** that Plaintiff recover judgment from Defendant for attorneys' fees, costs, and expenses in the amount of $9,126.03; and post-judgment interest at the prevailing rate compounded annually for the period from the date judgment is rendered to the date the judgment is satisfied pursuant to 28 U.S.C. 1961.  It is further

**ORDERED** that all costs of court are adjudged against Defendant.  It is further

**ORDERED** that Plaintiff recover post-judgment interest at the prevailing rate compounded annually on the total amount of the money judgment of $77,215.82 (calculated as follows: judgment from Defendant in the amount of $59,154.85; plus $8,934.94 in total pre-judgment interest; plus $9,126.03 in attorneys' fees and costs). It is further

**ORDERED** that Plaintiff be allowed all writs and processes as may be necessary in the enforcement and collection of this judgment.  It is further

**ORDERED** that all relief not specifically granted herein is denied.  It is further

**ORDERED** that this judgment finally disposes of all claims and all parties and is appealable.

The Court orders execution to issue for this judgment.

ORDERED this 6th day of April, 2015.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE